# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| E.G.W., *et al.*, | : |
| Plaintiffs, | : |
| v. | : 22-cv-01139 (TSC)(RMM) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

## DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE ITS OBJECTIONS TO THE MAGISTRATE JUDGE'S SEPTEMBER 29, 2023 REPORT AND RECOMMENDATION

With Plaintiffs' consent, Defendant District of Columbia, respectfully moves this Court under Fed. R. Civ. P. 6(b)(1) for an extension of time to file its objections to the Magistrate Judge's September 29, 2023 Report and Recommendation from October 13, 2023, to November 17, 2023.  A memorandum of points and authorities in support of this motion and a proposed order are attached for the Court's consideration.

Date:   October 4, 2023

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Steven N. Rubenstein*
STEVEN N. RUBENSTEIN [1013094]
Assistant Chief, Civil Litigation Division Section II

*/s/ Veronica A. Porter*
VERONICA A. PORTER [412273]
Senior Assistant Attorney General
400 6th Street NW

                                                Washington, D.C. 20001
                                                (202) 724-6651
                                                (202) 730-0644 (fax)
                                                veronica.porter@dc.gov

                                                *Counsel for Defendant District of Columbia*

## LCvR 7(m) CERTIFICATION

       Undersigned counsel certifies that on October 1, 2023, she conferred with Plaintiffs' counsel regarding the relief requested in this motion. Plaintiffs, through counsel, consent to the relief requested.

                                              */s/ Veronica A. Porter*_____
                                              VERONICA A. PORTER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| E.G.W., *et al.*, | : |
| Plaintiffs, | : 22-cv-01139 (TSC)(RMM) |
| v. | : |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE ITS OBJECTIONS TO THE MAGISTRATE JUDGE'S SEPTEMBER 29, 2023 REPORT AND RECOMMENDATION**

Defendant District of Columbia (the District), with Plaintiffs' consent, respectfully moves this Court under Fed. R. Civ. P. 6(b)(1) for an extension of time from October 13, 2023, to November 17, 2023, to file its objections to the Magistrate Judge's September 29, 2023 Report and Recommendation.

Fed. R. Civ. P. 6(b)(1) provides that "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ."  This motion is filed before the expiration of the current deadline for the District's opposition and motion and is for good cause shown.  The District seeks the requested extension because undersigned counsel will be on leave from October 6, 2023 to November 1, 2023, and thus will be unable to file its objections on October 13, 2023.

Further, no party will suffer prejudice because Plaintiffs consent to the relief requested here.

For these reasons, the District respectfully requests that the Court grant this motion.

Date:  October 4, 2023                    Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Steven N. Rubenstein*
STEVEN N. RUBENSTEIN [1013094]
Assistant Chief, Civil Litigation Division Section II

*/s/ Veronica A. Porter*_____
VERONICA A. PORTER [412273]
Senior Assistant Attorney General
400 6th Street NW
Washington, D.C. 20001
(202) 724-6651
(202) 730-0644 (fax)
veronica.porter@dc.gov

*Counsel for Defendant District of Columbia*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **E.G.W.**, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : 22-cv-01139 (TSC)(RMM) |
| v. | : |
| | : |
| **DISTRICT OF COLUMBIA**, | : |
| | : |
| Defendant. | : |

**ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time to File Its Objections to the Magistrate Judge's September 29, 2023 Report and Recommendation, it is by the Court this _____ day of _____, 2023,

**ORDERED** that the Defendant's Motion for Extension of Time to File Its Objections to the Magistrate Judge's September 29, 2023 Report and Recommendation is **GRANTED**; and it is

**FURTHER ORDERED** that the Defendant shall file its objections to the Magistrate Judge's September 29, 2023 Report and Recommendation by November 17, 2023.

Tanya S. Chutkan
United States District Court Judge
for the District of Columbia